## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| MICHAEL DAMON RUSSOTTO and | ) | Case No.: | 06-02790 |
| CYNTHIA ANN RUSSOTTO, | ) | | |
| | ) | Judge: | Hon. Manuel Barbosa |
| Debtors. | ) | | |

### FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES
### AS GENERAL COUNSEL TO THE CHAPTER 7 TRUSTEE

**NOW COMES** Thomas E. Springer, Esq. and Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant") as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee, pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I.  INTRODUCTION

This Application encompasses the time period from August 30, 2006 through preparation of Applicant's current Final Fee Application, July 18, 2007. The Application represents 5.7 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $1,750.50 and $0.00 for actual and necessary unreimbursed expenses.

The Debtors initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on March 20, 2006 and Thomas E. Springer was appointed as the Chapter 7 Trustee herein. On September, 2006, this Court entered an Order authorizing the Trustee to retain the Applicant as legal counsel. The hourly rates of all Applicant's professionals and para-professionals are competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

**EXHIBIT F**

## II.   CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtors filed their Chapter 7 proceeding on March 20, 2006 and they listed their homestead real property (hereinafter "Subject Property") on Schedule "A" as an asset with a fair market value of $457,100.00 and liens on the Subject Property totaling $404,238.00.  The Subject Property was owned solely by the co-debtor, Cynthia Russotto.  The Trustee investigated the value of the Subject Property and believed that there was equity in the Subject Property.  Applicant filed a Motion to Employ a Realtor to sell the Subject Property.  On May 18, 2006, an Order was entered approving employment of the Realtor for the Trustee.

The Trustee requested a market analysis of the Subject Property from realtor, Jim Leduc.  Mr. Leduc believed that the fair market value of the Subject Property to be between $480,000.00 and $490,000.00.  Taking into consideration the mortgages on the Subject Property, costs of sale, real estate taxes and the Debtor's homestead exemption, the Trustee determined that the Estate's interest in the Subject Property was $9,000.00.

Applicant made an offer to the Debtor to purchase the Estate's interest in the Subject Property before allowing the Realtor to list the Subject Property for sale.  Applicant and the Debtor's attorney negotiated and reached a settlement of $7,500.00, pending Court approval.  Applicant filed a Motion for Approval of Settlement.  On January 25, 2007, an Order approving the Settlement was entered.

Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

The claims bar date was August 21, 2006.  The Trustee reviewed all claims for appropriate document attachments, and/or proper referencing of the Debtors' account and the Estate's distribution obligations.  Applicant filed an objection to the secured claim of Ford Motor Credit Company and the order disallowing the secured claim was entered June 7, 2007.

The Trustee has not made any disbursements from the Estate account.  As of July 18, 2007, there remains $7,529.41 in the Estate account with interest continuing to accrue on the account.   The accrued unpaid administrative expenses include the Trustee's compensation, Realtor's fees, and Applicant's pending Fee Application.  The estimated total amount of such unpaid administrative expenses is $3,853.44.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached as Exhibit "F-1".

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $1,750.50 and reimbursement of actual and necessary expenses in the amount of $0.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment and allowing for limited and reduced notice as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: July 18, 2007

Respectfully Submitted,
Thomas E. Springer
Counsel to Trustee Thomas E. Springer

BY: Springer, Brown, Covey, Gaertner & Davis, LLC


By:   /s/ Thomas E. Springer
      Thomas E. Springer
      One of His Attorneys


Thomas E. Springer (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
 (630) 510-0000

## ATTORNEY TIME

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-30-06 | Draft Motion to Employ Counsel for the Trustee, Affidavits of Disinterest, Notice and proposed Order | 0.80 | 260.00 | TES |
| Sep-07-06 | Court appearance on Motion to Employ Counsel | 0.50 | 162.50 | TES |
| Dec-19-06 | Draft motion for approval of compromise, notice and proposed order | 1.20 | 354.00 | MMS |
| Jan-25-07 | Court appearance on Motion to Approve Settlement | 0.50 | 162.50 | TES |
| May-04-07 | Draft Objection to claim, notice and proposed order | 1.00 | 295.00 | MMS |
| Jun-07-07 | Court appearance on Objection to Claim | 0.50 | 162.50 | TES |
| Jul-18-07 | Draft fee application as counsel to the Trustee | 1.20 | 354.00 | MMS |
| | **TOTALS** | **5.70** | **$1,750.50** | |

**EXHIBIT F-1**