# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIEMAN, RODERICK JAMES | § | Case No. 07-04327 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   CLERK OF THE U.S. BANKRUPTCY COURT
   219 S. DEARBORN STREET
   CHICAGO, IL 60604
   Attn:  Fiscal Department

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/19/2010 in Courtroom 140,

   United States Courthouse
   Old Kane County Courthouse
   100 S. Third Street, Geveva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §
                                     §
RIEMAN, RODERICK JAMES               §        Case No. 07-04327
                                     §
         Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 15,031.58 |
| *and approved disbursements of* | $ | 14,250.62 |
| *leaving a balance on hand of*[1] | $ | 780.96 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: THOMAS E. SPRINGER, TRUSTEE | $       780.96 | $        0.00 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | _____ | $_____ | $_____ |
| Other: | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | _____ | $_____ | $_____ |
| Attorney for: | _____ | $_____ | $_____ |
| Accountant for: | _____ | $_____ | $_____ |
| Appraiser for: | _____ | $_____ | $_____ |
| Other: | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 94,255.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000011 | Richard A Kolar | $ 38,425.14 | $ 0.00 |
| 000012C | Internal Revenue Service | $ 55,830.31 | $ 0.00 |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,937,171.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Yellow Book USA | $ 8,751.08 | $ 0.00 |
| 000002 | Suzanne M. Gredlics | $ 54,251.19 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Mike & Ruth Kaiser-Gorczak | $ 269,000.00 | $ 0.00 |
| 000004 | Judy A. Foreman | $ 156,000.00 | $ 0.00 |
| 000005 | Leah Johnson | $ 230,000.00 | $ 0.00 |
| 000006 | Lawrence & Denise Karp | $ 153,000.00 | $ 0.00 |
| 000007 | Donald & Lynne Karp | $ 292,000.00 | $ 0.00 |
| 000008 | Anthony Bacon | $ 219,980.00 | $ 0.00 |
| 000009 | Melvin S. Peich | $ 52,936.18 | $ 0.00 |
| 000010 | John F Otten | $ 33,199.00 | $ 0.00 |
| 000012A | Internal Revenue Service | $ 17,507.17 | $ 0.00 |
| 000013 | US Bank/Retail Payment Solutions | $ 14,388.36 | $ 0.00 |
| 000014 | American Express Travel Related Svcs Co | $ 7,583.43 | $ 0.00 |
| 000015 | Your Personal Secretary | $ 600.00 | $ 0.00 |
| 000016 | Richard & Dorothea Atkinson | $ 84,000.00 | $ 0.00 |
| 000017 | PYOD LLC | $ 9,859.27 | $ 0.00 |
| 000018 | John F Otten | $ 50,801.00 | $ 0.00 |
| 000019 | Hal Frankel | $ 409,560.21 | $ 0.00 |
| 000020 | Hal Frankel | $ 409,560.21 | $ 0.00 |
| 000021 | Robert Armin | $ 85,000.00 | $ 0.00 |
| 000023 | eCAST Settlement Corporation assignee of | $ 8,561.36 | $ 0.00 |
| 000024 | Gerald Chase | $ 1,405,088.18 | $ 0.00 |
| 000025 | Christopher Holtz | $ 75,000.00 | $ 0.00 |
| 000026 | Thomas Stajic | $ 46,750.00 | $ 0.00 |
| 000027 | Fidelity National Financial | $ 50.00 | $ 0.00 |
| 000028 | NATIONAL CITY | $ 166,760.26 | $ 0.00 |
| 000029 | Betty Grimm | $ 500,000.00 | $ 0.00 |
| 000030 | Richard & Dorothea Atkinson | $ 176,985.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/  Thomas E. Springer /s/_____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey                Page 1 of 2                   Date Rcvd: Jul 23, 2010
Case: 07-04327                 Form ID: pdf006             Total Noticed: 66

The following entities were noticed by first class mail on Jul 25, 2010.
db           +Roderick J Rieman,    38W517 Silver Glen Rd.,    St. Charles, IL 60175-6821
aty          +Arthur W Rummler,    Law Offices of Arthur W. Rummler,    799 Roosevelt Road,
               Building 2, Suite 104,    Glen Ellyn, IL 60137-5908
aty          +Kent A Gaertner,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Rd., Suite 330,
               Wheaton, IL 60187-4547
aty          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Thomas W Byrnes,    Law Office of Thomas W Byrnes,    1065 Kane Street,
               South Elgin, IL 60177-1450
tr           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
11231964     +AT & T Yellow Pages,    C/O RH Donnelly,    8519 Innovation Way,    Chicago, IL 60682-0085
11231960      Accounts Receivable Management, Inc,    PO Box 129,    Thorofare, NJ 08086-0129
11231961      American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
11618653      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
11231962     +American Marketing/Home Pages,    Liquidebt Systems,    29W110 Butterfield Rd.,
               Warrenville, IL 60555-2834
11231963     +Amerus Life,    Attn Janine Plettneir-Glodt A-28,    611 Fifth Ave.,    Des Moines, IA 50309-1633
11415088     +Anthony Bacon,    11 Hillside Drive,    New Fairfield, CT 06812-3222
11231965     +Betty Grimm,    956 N. 47th Rd.,    Evansville, IL 60518-6234
11231966     +Carmax Auto Finnance,    PO Box 3174,    Milwaukee, WI 53201-3174
11231967     +Chris Vineyard,    39 Settlors Lane,    Oswego, IL 60543-8643
11774362     +Christopher Holtz,    1001 E. Jefferson St.,    Bloomington, IL 61701-4142
11231968     +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
11231969      Citibank UCS,    8787 Baypine Rd.,    Jacksonville, FL 32256-8528
11231970     +Clifford Parrish,    1171 Lady Bird Drive,    Somonauk, IL 60552-9638
11231971     +Columbia House,    PO Box 91601,    Indianapolis, IN 46291-0601
11231972     +Direct TV,    PO Box 9001069,    Louisville, KY 40290-1069
11415013     +Donald & Lynne Karp,    1 S. 243 Ardmore,    Villa Park, IL 60181-3701
11838504     +Fidelity National Financial,    171 N. Clark St. 8th Fl,    Chicago, Il 60601-3364
11231973     +Gerald Chase,    C/O Sullivan Hincks & Conway,    120 W. 22nd Street Suite 100,
               Oak Brook, IL 60523-4067
11231974     +Hal Frankel,    C/O Frederick R. Hall,    227 W. Monroe Street Suite 3400,    Chicago, IL 60606-5098
11231976     +Household Finance,    PO Box 17574,    Baltimore, MD 21297-1574
11231977    +++Internal Revenue Service,    Centralized Insolvency Operations,    P O Box 21126,
               Philadelphia, PA 19114-0326
11442636     +John F Otten,    1699 Winterhill Court,    Montgomery, IL 60538-2910
11412492     +Judy A. Foreman,    2s 085 Grove Hill Dr.,    Batavia, IL 60510-9510
11231979     +Kurt Larson,    C/O Innovative Metal Services, Inc,    27W130 Roosevelt Rd.,
               Winfield, IL 60190-1611
11231958     +Law Office Of Thomas W Byrnes,    1065 Kane Street,    South Elgin, IL 60177-1450
11415007     +Lawrence & Denise Karp,    1701 Manor Oaks Dr.,    Plainfield, IL 60586-5747
11412496     +Leah Johnson,    521 Fessler Dr,    Naperville, IL 60565-1215
11231980     +Liquidebt Systems,    29W110 Butterfield Rd.,    Warrenville, IL 60555-2834
11231982     +McHenry Savings Bank,    PO Box 566,    McHenry, IL 60051-0566
11423375     +Melvin S. Peich,    13826 Bristlecone Dr,    Plainfield, IL 60544-6494
11231983     +Michael Ridley,    5000 Campus Drive,    Newport Beach, CA 92660-2120
11231985     +Mid America Bank,    PO Box 7040,    Downers Grove, IL 60515-7040
11231984     +Mid America Bank,    2650 Warrenville Rd. Suite 500,    Downers Grove, IL 60515-2074
11231986     +Mid America Bank, FSB,    C/O EKL Williams PLLC,    115 W. 55th Street Suite 400,
               Clarnedon Hills, IL 60514-6395
11409590      Mike & Ruth Kaiser-Gorczak,    16533 Windin 6 Creek Rd,    Plainfield, IL 60586
12126242     +NATIONAL CITY,    PO BOX 94982,    CLEVELAND, OH 44101-4982
11231987      NCO Financial Systems, Inc,    PO Box 15760 Dept 07,    Wilmington, DE 19850-5760
14006389     +PYOD LLC,    c/o Resurgent Capital Services,    PO Box 19008,    Greenville SC 29602-9008
11231989     +R.M.S.,    PO Box 5471,    Mount Laurel, NJ 08054-5471
11231988     +R.M.S.,    PO Box 20543,    Lehigh Valley, PA 18002-0543
11231990    +++Richard & Dorothea Atkinson,    818 S. Eleventh Street,    Dekalb, Il 60115-5028
11458346     +Richard A Kolar,    2413 Rio Grande Circle,    Naperville, IL 60565-3362
11231957     +Rieman Roderick J,    38W517 Silver Glen Rd,    St. Charles, IL 60175-6821
11744966     +Robert Armin,    1342 Ludington Lane,    Dyer, IN 46311-1665
11231991      Sams Club,    GE Money Bank,    PO Box 98164,    El Paso, TX 79998
11231994     +Sprint,    PO Box 660092,    Dallas, TX 75266-0092
11231995     +Suresh Mekala,    247 Westminster Dr.,    Bolingbrook, IL 60108-1054
11407188     +Suzanne M. Gredlics,    2507 Ravinia Lane,    Woodridge, Il 60517-2219
11231996    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    5005 N. River Blvd NE,
               Cedar Rapids, IA 52411)
11231959    +++Thomas Stajic,    118 Remo Cresent SS#4,    Belle River,    Ontario, Canada N0R-1A0
11231998    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 790408,    St. Louis, MO 63179)
11603467     +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
11231997     +United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0001
11354125     +Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,    POB 5126,
               Timonium, Maryland 21094-5126
11232000     +Your Personal Secretary,    4812 E. Harmony Ave.,    Mesa, AZ 85206-3405
11758518      eCAST Settlement Corporation assignee of,    Household Finance Corporation,    POB 35480,
               Newark NJ 07193-5480
```

```
District/off: 0752-1          User: dramey              Page 2 of 2              Date Rcvd: Jul 23, 2010
Case: 07-04327                Form ID: pdf006           Total Noticed: 66
```

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Jul 23, 2010.
```
11696011       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,N.A.,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11231981      +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2010 02:29:21     Lowes,   PO Box 530954,
               Atlanta, GA 30353-0954
11231993      +E-mail/Text: bankruptcy@centurylink.com                        Sprint,   PO Box 219100,
               Kansas City, MO 64121-9100
                                                                                              TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11231975    ##+Hartford Insurance,   Eastern Service Center,   4401 Middle Settlement Rd.,
              New Hartford, NY 13413-5319
11231978    ##+James West,   11111 Harwin Drive,   Houston, TX 77072-1612
11231992    ##+Sharon Rieman,   38W517 Silver Glen Rd,   St. Charles, IL 60175-6821
11231999    ##+Yellow Book USA,   2560 Renaissance Blvd,   King Of Prussia, PA 19406-2673
                                                                              TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2010**         **Signature:** _Joseph Speetjens_